# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) L. G., an individual | ) |
|       Plaintiff, | ) |
| v. | ) Case *No. CIV 2020-00893-D* |
| | ) |
| (1) STATE OF OKLAHOMA EX REL OKLAHOMA DEPARTMENT OF CORRECTIONS, | ) |
| (2) CHRISTOPHER REDEAGLE, individually | ) |
| (3) SHARON MCCOY, individually | ) |
| (4) JOE ALLBAUGH, Individually | ) |
| (5) PENNY LEWIS, Individually | ) |
| (6) RABEKAH MOONEYHAM, individually | ) |
| (7) HEATHER CARLSON, individually | ) |
| (8) BOARD OF CORRECTIONS | ) |
|       Defendants | ) |

## NOTICE OF DISMISSAL

**COME NOW** the plaintiff, L.G. and hereby dismisses all claims against the Defendants in the above styled and numbered action as this case was filed in wrong District.

/S/ *E W KELLER*
E W KELLER  OBA# 4918
KELLER, KELLER & DALTON PC.
201 Robert S. Kerr, Suite 1001
Oklahoma City, OK 73102
(405) 235-6693
(405) 232-3301 Facsimile